AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LUIS JIMENEZ-PRECIADO | CASE NUMBER: 08CR311-BTM |

I, JOSE LUIS JIMENEZ-PRECIADO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Feb 7, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER